ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
ANGELA JEAN CLIFFORD-SALISBURY, Assistant United States Attorney (#17485)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

FILED US District Court -UT
MAR 31 '21 PM 12:37

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE CHRISTOPHER JONES<br>and<br>PATRICIA KAY LOCHHEAD,<br><br>Defendants. | INDICTMENT<br><br>Count 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition<br><br>Count 2: 18 U.S.C. § 922(g)(3), Possession of a Firearm and Ammunition By a User of a Controlled Substance<br><br>Case: 2:21-cr-00130<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 03/31/2021 |

The Grand Jury charges:

COUNT 1
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition – Aiding and Abetting)

On or about August 11, 2020 in the District of Utah,

LAWRENCE CHRISTOPHER JONES and
PATRICIA KAY LOCHHEAD,

defendants herein, each respectively knowing he or she had previously been convicted of crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Smith & Wesson handgun, Model SW9VE, Serial No. PBH6156 and

ammunition, and the firearm and ammunition were in and affecting commerce and did aid and abet therein; in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 2.

COUNT 2
18 U.S.C. § 922(g)(3) and 18 U.S.C. § 2
(Possession of a Firearm and Ammunition By a User of a Controlled Substance – Aiding and Abetting)

On or about August 11, 2020 in the District of Utah,

LAWRENCE CHRISTOPHER JONES and
PATRICIA KAY LOCHHEAD,

defendants herein, each respectively knowing he or she was an unlawful user of a controlled substance, knowingly possessed a firearm, to wit: a Smith & Wesson handgun, Model SW9VE, Serial No. PBH6156, and ammunition, and the firearm and ammunition were in and affecting commerce, and did aid and abet therein; in violation of 18 U.S.C. § 922(g)(3) and 18 U.S.C. § 2.

**INTENTIONALLY LEFT BLANK**

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. § 922, the defendants shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to:

- a Smith & Wesson handgun, Model SW9VE, Serial No. PBH6156, and associated ammunition and magazines.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

ANDREA T. MARTINEZ
Acting United States Attorney

_____
ANGELA JEAN CLIFFORD-SALISBURY
Assistant United States Attorney