ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
ANGELA JEAN CLIFFORD-SALISBURY, Assistant United States Attorney (#17485)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801)524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LAWRENCE CHRISTOPHER JONES, <br><br> Defendant. | Case No. 2:21-CR-00130 JNP <br><br> MOTION FOR PROTECTIVE ORDER <br><br> Magistrate Judge Jared C. Bennett |

The United States hereby moves the Court to enter a protective order related to the disclosure of evidence in this case. Specifically, the United States moves the Court to enter an order precluding the defendant and their counsel from making disclosures of the information included in the government's discovery, other than as necessary to prepare for the defense in this matter.

The discovery in this matter contains personal identifying information of witnesses and subjects of the underlying charges in this case. The disclosure of this information to third parties could potentially put these witnesses and subjects in danger. Because of the volume of discovery in this case, and because the discovery is comprised of records containing myriad personal identifying information, redacting such information is not feasible. Moreover, recordings are not easily redacted. Therefore, the United States intends to provide unredacted discovery to counsel for the defendants.

2

In order to balance the need for privacy with the need for disclosure, the United States requests that the Court enter the attached proposed order. Defense counsel does not oppose a protective order.

RESPECTFULLY SUBMITTED on 27th day of April, 2021.

ANDREA T. MARTINEZ
Acting United States Attorney


*/s/Angela Jean Clifford-Salisbury*
ANGELA JEAN CLIFFORD-SALISBURY
Assistant United States Attorney
